# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL DIVISION

Ahmed Shqeirat, Mohamed Ibrahim,
Didmar Faja, Omar Shahin, Mahmoud
Sulaiman, and Marwan Sadeddin

Civil No. 0:07-cv-01513(ADM/AJB)

Plaintiffs,

vs.

U.S. Airways Group, Inc., and
U.S. Airways, Inc., Bradley Wingate,
individually and in his official capacity,
Roby Desubijana, individually and in
his official capacity, Matthew Edwards,
individually and in his official capacity,
Sean Hoerdt, individually and in
his official capacity, Jason Erickson,
individually and in his official capacity,
David Karsnia, individually
and in his official capacity, and
Metropolitan Airports Commission,

**MAC DEFENDANTS'
MOTION SEEKING
AN ORDER THAT
PLAINTIFFS SHQEIRAT AND
SHAHIN SUBMIT TO
RULE 35 EXAMINATIONS**

Defendants.

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, Defendants Metropolitan

Airports Commission ("MAC"), Bradley Wingate, Roby Desubijana, Matthew Edwards, Sean

Hoerdt, Jason Erickson and David Karsnia ("MAC Defendants") hereby move this Court for

an order that Plaintiffs Shqeirat and Shahin submit to Rule 35 examinations at their own

expense.  Plaintiffs have identified expert witnesses to testify as to their mental and physical

condition, and thus there is good cause for such an order.

This motion is based upon the files, records and proceedings herein, including, but not

limited to, the Memorandum in Support of Defendants' Motion Seeking an Order that

Plaintiffs Shqeirat and Shahin Submit to Rule 35 Examinations, the Affidavit of Timothy R.

Schupp, and the exhibits attached thereto.

Respectfully Submitted,

FLYNN, GASKINS & BENNETT, L.L.P.


Dated:  October 24, 2008                    s/Timothy R. Schupp
                                            Timothy R. Schupp, Esq. (#130837)
                                            Andrea D. Kiehl, Esq. (#310591)
                                            Andrew J. Noel, Esq. (#322118)
                                            333 South Seventh Street
                                            Suite 2900
                                            Minneapolis, MN  55402
                                            (612) 333-9500

                                            *Attorneys for MAC Defendants*