# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shqeirat, et al., | COURT MINUTES - CIVIL |
| | BEFORE: Arthur J. Boylan |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No:   07-1513 ADM/AJB |
| | Date:   10/19/09 |
| U.S. Airways Group, Inc., et al., | Court Reporter: |
| | Time Commenced:  9:00 a.m. |
| Defendant. | Time Concluded:  4:20 p.m. |
| | Time in Court:  7 Hours & 20 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Omar T. Mohammedi, Frederick J. Goetz
    Defendant:    Timothy R. Schupp, Gregory S. Bailey, Michael C. Lindberg, Chad A. Blumenfield

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- √ Settlement reached. Terms stated on the record. **(CONFIDENTIAL)**
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

s/KAT<br>Judicial Assistant